■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RENATO CABRAL, Also Known as CABRAL RENATO, Appellant. [865 NYS2d 588]—Judgment, Supreme Court, New York County (Michael J. Obus, J.), rendered on or about July 24, 2007, unanimously affirmed. No opinion. Order filed. Concur—Mazzarelli, J.P., Catterson, McGuire, Acosta and Renwick, JJ.